# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ERIC VON SCHAUMBURG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-03427 |
| | ) | |
| HEALTH CARE SERVICE | ) | District Judge John Z. Lee |
| CORPORATION d/b/a BLUE CROSS | ) | |
| BLUE SHIELD OF ILLINOIS, | ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 15, 2018, at the hour of 3:00 p.m. or as soon as counsel may be heard, we shall appear before the Honorable John Z. Lee, United States District Judge, and shall then and there present Plaintiff's Emergency Motion for Temporary Restraining Order and Plaintiff's Memorandum of Law in Support of Emergency Motion for Temporary Restraining Order, copies of which are hereby served upon you.

Dated: May 15, 2018

Respectfully submitted,

By: */s/ Martina B. Sherman*
    Mark D. DeBofsky
    Martina B. Sherman
    DeBofsky, Sherman & Casciari, P.C.
    200 W. Madison St, Suite 2670
    Chicago, IL 60606
    (312) 235-4880 (phone)
    (312) 929-0309 (fax)

    and

By: */s/ Maureen Browne Schoaf*
    Richard R. Winter
    Maureen Browne Schoaf
    131 S. Dearborn St., 30th Fl.
    Chicago, IL 60603

2

 (312) 263-3600
 (312) 578-6666 (fax)
 richard.winter@hklaw.com
 maureen.schoaf@hklaw.com

3

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 15, 2018, I electronically filed the foregoing with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system reflecting service on all attorneys of record.

                                                         /s/ Martina B. Sherman
                                                         Martina B. Sherman