**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Eric Von Schaumburg v. Health   Case Number:   18-cv-03427
Care Service Corporation, et al

An appearance is hereby filed by the undersigned as attorney for:
Eric Von Schaumburg

Attorney name (type or print):   Maureen Browne Schoaf

Firm:  Holland & Knight LLP

Street address:  131 S. Dearborn Street, 30th Floor

City/State/Zip:   Chicago, IL  60603

Bar ID Number: 6282583                      Telephone Number:  (312) 578-6697
(See item 3 in instructions)

Email Address:  maureen.schoaf@hklaw.com

Are you acting as lead counsel in this case?          ☐ Yes   ☑ No

Are you acting as local counsel in this case?          ☐ Yes   ☑ No

Are you a member of the court's trial bar?             ☑ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes   ☑ No

If this is a criminal case, check your status.    ☐ Retained Counsel

                                                  ☐ Appointed Counsel
                                                  If appointed counsel, are you

                                                  ☐ Federal Defender

                                                  ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  May 16, 2018

Attorney signature:   S/ Maureen Browne Schoaf _____
                      (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015