IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ERIC VON SCHAUMBURG

Plaintiff(s),

v.

Case Number: 1:18-cv-03427

HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS

Judge John Z. Lee

Defendant(s).

**Certification by Attorney Regarding Discovery Obligations
Under Mandatory Initial Discovery Pilot Project**

As an attorney appearing in this case, I hereby certify that I have read the Court's "Standing Order Regarding Mandatory Initial Discovery Pilot Project" and that I am aware of the discovery obligations addressed therein. I also acknowledge that Judge Lee requires each attorney appearing on behalf of Plaintiff(s) to file this certification within 28 days after the filing of the Complaint and each attorney appearing on behalf of Defendant(s) to file this certification with the Answer.

/s/ Mark D. DeBofsky   May 17, 2018

Attorney's Signature   Date

Attorney for Plaintiff

Name: Mark D. DeBofsky

Address: 200 W. Madison St., Ste. 2670, Chicago, IL 60606

Phone Number: 312-561-4040

Email Address: mdebofsky@debofsky.com

*Rev. 6/2017*