# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Eric Von Schaumburg

                               Plaintiff,

v.                                                                             Case No.: 1:18−cv−03427
                                                                       Honorable John Z. Lee

Health Care Service Corporation

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 31, 2018:

      MINUTE entry before the Honorable John Z. Lee: Defendant Health Care Service Corporation's agreed motion for entry of agreed confidentiality order [34] is granted. No appearance necessary on 9/4/18. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.